102-08/MEU/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ATLAS SHIPPING A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)



JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

08 CV 2013

ATLAS SHIPPING A/S,                                    **08 CV**

                          Plaintiff,              **RULE 7.1 STATEMENT**

        -against -

GLOBAL LOGISTICS CO, LTD, SEOUL,

                          Defendant.
-----------------------------------------------------------------x

        The Plaintiff, ATLAS SHIPPING A/S, by and through its undersigned attorneys Freehill

Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure

(formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to

evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental

party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or

more of its stock.

Dated: New York, New York
        February 28, 2008          FREEHILL HOGAN & MAHAR, LLP
                                   Attorneys for Plaintiff
                                   ATLAS SHIPPING A/S

                      By:   _____
                                   Michael E. Unger (MU 0045)
                                   Lawrence J. Kahn (LK 5215)
                                   80 Pine Street
                                   New York, NY 10005
                                   Telephone: (212) 425-1900

NYDOCS1/299416.1