```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ATLAS SHIPPING A/S,                 :
                                    :
            Plaintiff,              :     08 Civ. 2013 (JSR)
                                    :
     -v-                            :     ORDER
                                    :
GLOBAL LOGISTICS CO LTD, SEOUL,     :
                                    :
            Defendant.              :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    For the reasons stated from the bench, see transcript, 6/3/08, the Clerk of the Court is hereby directed to remove this case from the Active Calendar and add it to the Suspense Calendar. Plaintiff's counsel is directed to submit a short letter to this Court every six months notifying the Court of any developments in this case, the first such letter to be submitted on December 1, 2008.

    SO ORDERED.

                                                   *[signature]*
                                      JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 3, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-08
```